# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHERYL CARNEVALE, <br> KIMBERLY COLOMBO, <br> STEPHEN DANIELS, <br> HEZRON FARRELL, <br> GWENDOLYN FARRELL, and <br> ADRIANA GUZMAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, a Delaware Corporation, and DOES 1-100, <br><br> Defendants. | Civil Action No. 1:13-cv-12615-JGD |

## **DEFENDANT THE BOEING COMPANY'S PROPOSED VOIR DIRE**

Defendant, The Boeing Company ("Boeing"), hereby requests that the jury venire be asked the following questions:

1. The Plaintiff, Adriana Guzman, is represented by Elaine Whitfield Sharp and Randy Hitchcock, from the law firm Whitfield Sharp & Hitchcock, and Christopher Stombaugh, of Stombaugh Smith & Co.  Is any member of the panel or any member of your immediate family related to or otherwise acquainted with any of the Plaintiff's attorneys or anyone else at the Plaintiff's attorneys' law firms?

2. The Defendant, The Boeing Company, is represented by Kathleen Guilfoyle, from the law firm Campbell Campbell Edwards & Conroy, and by Thomas McLaughlin and Daniel Ridlon, from the law firm Perkins Coie.  Is any member of the panel or any member of your

immediate family related to or otherwise acquainted with any of the Defendant's attorneys or their law firms?

3. The following individuals may testify as experts in the case[1]:

    a. Dr. Paul Buza,
    b. Dr. Linda Podbros,
    c. Dr. Neville Lee,
    d. Dr. Jhilam Biswas,
    e. Dr. Charles Marmar,
    f. Dr. Robert Garner,
    g. Dr. John Hastings,
    h. Dr. Nancy Hebben,
    i. Dr. Neel Madan,
    j. Dr. Thomas Barocci, and
    k. Jorge Chinchilla.

Is any member of the panel or any member of your immediate family related to or otherwise acquainted with any of these individuals?

4. The following persons who may be called as witnesses in this case:

    a. Antonio Copete,
    b. Marilyn Quesada Cambronero,
    c. Miguel Morales,
    d. Stephen Daniels,
    e. Cheryl Carnevale,
    f. Hezron Farrell,
    g. Gwendolyn Farrell,
    h. Kimberly Colombo,
    i. Benilde Rodriguez,
    j. Leger Walcott,
    k. Mathias Dujovne,
    l. Emma Echavarria,
    m. Kathleen Dalton Shields,
    n. Kathleen Daly,
    o. Linda Currie,
    p. Pabla Guzman,
    q. Hector Chaverri,
    r. Paul McSweeney,
    s. Brian Harris,
    t. Myriam Quesada, and

---

[1] Motions are currently pending to exclude three of plaintiff's experts, Dr. Buza, Dr. Podbros, and Dr. Lee, to the extent any of them are excluded, Boeing would ask that they not be included in this question.

      u.  Dr. Margret Ross.

Is any member of the panel or any member of your immediate family related to or otherwise acquainted with any of these individuals?

5. Do you have any generalized or severe anxiety about flying on an airplane?

6. Have you or anyone you know well ever been on board an airplane that had to make an emergency landing? Did you/they feel traumatized by the experience?

7. Have you or anyone you know well ever experienced an event where an aircraft you were flying on either didn't pressurize correctly or depressurized while in flight?

8. Have you or anyone you know well ever had reason to use an oxygen mask while on board an airplane? Did you/they feel traumatized by the experience?

9. Have you or has anyone you know well ever had a negative experience on a flight that you believe was due to the negligence of the airline or the airplane manufacturer?

10. Have you or anyone you know well ever been diagnosed or treated for post traumatic stress disorder (PTSD)?

11. Have you ever experienced any type of illness or other symptom that you were told was caused by a change in air pressure?

12. Have you or anyone you know well ever experienced decompression sickness, sometimes called the bends, while scuba diving? Have you or any member of your immediate family ever worked for The Boeing Company or any other airline manufacturer?

13. Have you or any member of your immediate family ever worked for American Airlines or any other airline?

14. Have you ever worked in the aviation industry?

15. Have you ever worked for the Federal Aviation Administration, National Transportation Safety Board?

16. Have you ever worked for the United States Air Force?

17. Have you ever worked for any other branch of the military or other part of the government in a role where you were involved in aviation?

18. Are you or anyone you know well a pilot or flight attendant?

19. Have you or anyone you know well ever attended, been employed by, or otherwise been affiliated with the Massachusetts Institute of Technology?

20. Have you ever lived in or visited Costa Rica or other parts of Central America?  Which part(s)?

21. Have you, or anyone you know well, ever participated in any lawsuit or court action as a party, a witness, or in any other capacity?

22. Are you, or anyone you know well, employed by a lawyer, law firm, or engaged in the practice of law?

23. Do you have any bias or prejudice against corporations, which would prevent you from rendering a fair and impartial verdict in this case?

24. Do you feel that, between an individual and a corporation, an individual should be given the benefit of the doubt over the corporation?

25. Based upon the information you know so far about this case, do you believe you could not serve as an impartial juror?

THE BOEING COMPANY

By their Attorneys,

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle, BBO #546512
CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.
One Constitution Center, 3rd Floor
Boston, MA 02129
(617) 241-3000
kguilfoyle@campbell-trial-lawyers.com

Thomas J. McLaughlin, *Pro Hac Vice*
Daniel Ridlon, *Pro Hac Vice*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

**CERTIFICATE OF SERVICE**

I, Kathleen M. Guilfoyle, hereby certify that on March 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

*/s/ Kathleen M. Guilfoyle*
Kathleen M. Guilfoyle