UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ADRIANA GUZMAN,  )
                )
    Plaintiff,   )
                )
v.              )       CIVIL ACTION
                )       NO. 13-12615-JGD
THE BOEING COMPANY,  )
                )
    Defendants.  )

**JURY VERDICT FORM**

1. Did Ms. Guzman prove by a preponderance of the evidence that she sustained injuries proximately caused by the rapid decompression on October 26, 2010?

    Yes __✓__      No _____

*If "Yes" go to Question 2. If "No" you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

2. What is the amount of damages that will fairly and reasonably compensate Ms. Guzman for the injuries proximately caused by the rapid decompression on October 26, 2010?

    __Two million two hundred thousand dollars__
    (Amount in words)

    $ __2,200,000.00__
    (Amount in numbers)

Proceed to Question 3.

3. Did The Boeing Company prove, by a preponderance of the evidence, that Ms. Guzman failed to take efforts that a reasonably prudent person in the circumstances would have taken to mitigate her damages?

    Yes __✓__      No _____

1

*If "Yes" go to Question 4. If "No" you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

4. What is the amount of damages Ms. Guzman would have avoided if she had made such reasonable efforts to mitigate her damages?

   Seven Hundred Twenty Six Thousand Dollars
   (Amount in words)

   $ 726,000.00
   (Amount in numbers)

This amount will be subtracted from the amount found in response to Question 2, to determine the amount that Ms. Guzman will be awarded.

When you have completed this Jury Verdict Form in accordance with the directions set forth above, sign and date the form and notify the court security officer that you have reached a verdict.

I HEREBY CERTIFY THAT EACH OF THE QUESTIONS ANSWERED ABOVE WAS ANSWERED BY ALL OF THE JURORS.

Date: 4/12/2018

Melissa Bisesi
Foreperson of the Jury

2