UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Adriana Guzman
    Plaintiff,

v.                                                                                                    C.A. No.  13-12615- JGD

The Boeing Company
    Defendant.

## JUDGMENT IN A CIVIL CASE

Based upon the jury's answers to special questions, judgment is hereby entered for the plaintiff, Adriana Guzman against the defendant, the Boeing Company in the amount $1,474,000.00. Pre-judgment interest, at the rate of 12%, is awarded from the date the complaint was filed on October 16, 2013 until this date, in the amount of $797,651.60 for a total judgment of $2,271,651.60.*

                                                                          Robert M Farrell
                                                                          CLERK

                                                                          /s/ Thomas F. Quinn Jr
                                                                          (By) Deputy Clerk
                                                                          Thomas F. Quinn Jr.

APPROVED *Judith Gail Dein*
                U.S. MAGISTRATE JUDGE

Date: April 19, 2018

*Postjudgment interest rate to date is at the rate of 2.06%